1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNIE LAMBERT,

11            Plaintiff,                    No. CIV S-07-1799 GEB GGH P

12        vs.

13   WARDEN FELKER, et al.,

14            Defendants.          ORDER

15   _____/

16            Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18            On November 27, 2007, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant Stevens was returned unserved because

20   "per NKSP, unable to identify, need more info., several 'Stevens' in roster."  Plaintiff must

21   provide additional information to serve this defendant.  Plaintiff shall promptly seek such

22   information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et

23   seq., or other means available to plaintiff.  If access to the required information is denied or

24   unreasonably delayed, plaintiff may seek judicial intervention.

25   /////

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed August 31, 2007;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Stevens;

    b. Two copies of the endorsed complaint filed August 31, 2007; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 01/30/08             /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:bb
lamb1799.8e

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNIE LAMBERT,

11              Plaintiff,                      No. CIV S-07-1799 GEB GGH P

12        vs.

13   WARDEN FELKER, et al.,                     NOTICE OF SUBMISSION

14              Defendants.                     OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              ___1___        completed summons form

19              ___1___        completed USM-285 form

20              ___2___        copies of the _August 31, 2007_____
                                            Complaint
21   DATED:

22

23                                        _____
                                          Plaintiff
24

25

26